JOHN J. SHEEHAN, Appellant, v. DAILY MIRROR, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Petition of BERNARD J. GOLDBERGER, as Assignee for the Benefit of Creditors of E. A. WHITE ORGANIZATION, INC., Respondent, to Set Aside a Purported Election of Officers and Directors of GRAFTON DEVELOPMENT CORPORATION and VANDERBILT PARK, INCORPORATED, Pursuant to the Provisions of Section 25 of the General Corporation Law. HARMON NATIONAL REAL ESTATE CORPORATION and Others, Appellants.— Order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of E. A. WHITE ORGANIZATION, INCORPORATED, Assignor, to BERNARD J. GOLDBERGER, Assignee. HARMON NATIONAL REAL ESTATE CORPORATION, Appellant; BERNARD J. GOLDBERGER and Others, Respondents.— Order so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Arbitration of and Concerning Certain Matters in Dispute between SIDNEY J. HAMILTON, Respondent, and GENERAL OUTDOOR ADVERTISING Co., INC., Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

SIL-TURN Co., INC., Appellant, v. LONDON GUARANTY AND ACCIDENT COMPANY, LIMITED, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

FRED LACKNER, Respondent, v. EDWIN W. ORVIS and Others, Appellants.— Appeal dismissed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

FRED LACKNER, Appellant, v. EDWIN W. ORVIS and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JOHN SCANLON, Respondent, v. ARTHUR YOKEL, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

UDAY SHAN-KAR, Appellant, v. SOLOMON HUROK and HUROK MUSICAL BUREAU, INCORPORATED, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of DOMENICO GENTILE, as Guardian of ANTONIO BRUSCO, an Infant.— Decree modified by deducting the sum of $120.06, and as so modified affirmed, with costs to the respondent. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of DOMENICO GENTILE, as Guardian of TRIESTE BRUSCO, an Infant.— Decree modified by deducting the sum of $120.06, and as so modified affirmed, with costs to the respondent. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.